# Law Office of James J. Gentile

James Gentile, P.C <office@azlawyer.net>

## Fwd: U.S. Bankruptcy Court, District of Arizona - Returned Mail Notice, In re: TERRY L HARRISON, Case Number: 08-13510, GBN, Ref: [p-50080475]

1 message

**James Gentile** <jjg@azlawyer.net>  
To: OFFICE@azlawyer.net

Tue, Feb 12, 2013 at 11:11 AM

---------- Forwarded message ----------  
From: USBankruptcyCourts@noticingcenter.com  
Date: Tue, 12 Feb 2013 17:55:59 +0000  
Subject: U.S. Bankruptcy Court, District of Arizona - Returned Mail Notice, In re: TERRY L HARRISON, Case Number: 08-13510, GBN, Ref: [p-50080475]  
To: jjg@azlawyer.net

Returned Mail Notice to the Debtor/Debtor's Attorney

February 12, 2013

From: United States Bankruptcy Court, District of Arizona

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice  
>  
> In re: TERRY L HARRISON, Case Number 08-13510, GBN

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form with the court at the following address:

U.S. Bankruptcy Court, Arizona  
230 North First Avenue, Suite 101  
Phoenix, AZ 85003-1727

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

**FILED**  
FEB 14 2013  
UNITED STATES  
BANKRUPTCY COURT  
FOR THE DISTRICT OF ARIZONA

Case 2:08-bk-13510-GBN   Doc 64   Filed 02/14/13   Entered 02/19/13 01:42:30   Desc Main Document    Page 1 of 2

Centrix Resource Syste
6782 Potomac St
Centennial CO 80112-3915

THE UPDATED ADDRESS IS:

6782 S. Potomac St
Centennial CO 80112

Company Not in business anymore

_James J Gentile_
Signature of Debtor or Debtor's Attorney
Date 2/12/13

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

R_P20813510pdf0010164.PDF
125K